No.  A-CV-20-82

COURT OF APPEALS OF THE NAVAJO NATION

April 25, 1983

Paul RATION, Appellant,

vs.

Mattie ROBERTSON, Appellee.

Frank J. Lally, Esq., Gallup, New Mexico, for Appellant.  Irene Toledo, Esq., Crownpoint, New Mexico, for Appellee.

When this matter came in order for the setting of a hearing on appeal the court was advised by Frank J. Lally, Esq., counsel for the appellant, that it was moot and a motion to dismiss the appeal for mootness would be filed.  Since that representation was made no such motion has been filed, and now it shall be DISMISSED for failure of the appellant to prosecutor his appeal.
SO ORDERED.